# United States District Court
## *Southern District of Georgia*

FOLANDA SHANK,

    Plaintiff,

                        **V.**

NANCY A. BERRYHILL, Acting Commissioner of Social
Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV116-030

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on April 12, 2017, pursuant to sentence four

of 42 U.S.C. § 405(g), the Court REVERSES the Acting Commissioner's final decision and

REMANDS this case to the Acting Commissioner for further consideration.

April 12, 2017
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk